UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID ELLENWOOD et al.,<br><br>Defendants. | Case No. 24-11992<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## DEFAULT JUDGMENT AGAINST DAVID ELLENWOOD, DEBORAH ELLENWOOD, AND TIMOTHY ELLENWOOD

Defendants David Ellenwood, Deborah Ellenwood, and Timothy Ellenwood (collectively, "Ellenwoods") failed to appear, plead, or otherwise defend this action and thus default was entered by the Clerk of this Court on October 10, 2024. ECF No. 16. Plaintiffs Allstate Vehicle and Property Insurance Company and Allstate Fire and Casualty Insurance Company (collectively, "Allstate") moved for default judgment against the Ellenwoods and filed an affidavit in accordance with Federal Rule of Civil Procedure 55(a) and (b). ECF No. 17. The Ellenwoods did not respond to Allstate's motion, nor did they appear at the noticed hearing on Allstate's motion, held June 11, 2025. ECF No. 32.

Accordingly,

Judgment is hereby entered in favor of Allstate, and against the Ellenwoods, as follows:

a. David Ellenwood is precluded from challenging the findings of this Court as to whether, under David and Deborah Ellenwood's Allstate insurance policies, Allstate has a duty to defend and/or indemnify Timothy Ellenwood in the litigation Ms. Cook and the Estate of Michael Hunter have filed against Timothy Ellenwood, which is currently pending in the Lenawee County Circuit Court under Case No. 24-7255-NO.

b. Deborah Ellenwood is precluded from challenging the findings of this Court as to whether, under David and Deborah Ellenwood's Allstate insurance policies, Allstate has a duty to defend and/or indemnify Timothy Ellenwood in the litigation Ms. Cook and the Estate of Michael Hunter have filed against Timothy Ellenwood, which is currently pending in the Lenawee County Circuit Court under Case No. 24-7255-NO.

c. Timothy Ellenwood is precluded from challenging the findings of this Court as to whether, under David and Deborah Ellenwood's Allstate insurance policies, Allstate has a duty to defend and/or indemnify Timothy Ellenwood in the litigation Ms. Cook and the Estate of Michael Hunter have filed against Timothy Ellenwood, which is currently pending in the Lenawee County Circuit Court under Case No. 24-7255-NO.

**IT IS SO ORDERED.**

**THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THE CASE.**

                                        s/Shalina D. Kumar
                                        Shalina D. Kumar
                                        United States District Judge

Dated: September 19, 2025